IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY M. KOEGEL FERTEL-RUST,

    Plaintiff,

v.

MRS. SHIRLEY ABRAHAMSON,
MR. DAVID PROSSER and
MS. ANN WALSH BRADLEY,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-457-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

_____        11/9/12
Peter Oppeneer, Clerk of Court        Date